HELEN SCHNATZ, as Administratrix of the Estate of FREDERICK SCHNATZ, Deceased, Respondent, *v.* JOHN T. WHALEN, Appellant, Impleaded with Others.

(Submitted October 3, 1932; decided October 11, 1932.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 260 N. Y. 530.)

STILLWELL THEATRE, INC., Respondent, *v.* SAM KAPLAN, as President of the International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators Union, Appellant.

ROSEKAY AMUSEMENT CORPORATION, Respondent, *v.* SAM KAPLAN, as President of the International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators Union, Appellant.

WINDSOR CIRCUIT CORPORATION, Respondent, *v.* SAM KAPLAN, as President of the International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators Union, Appellant.

(Submitted October 3, 1932; decided October 11, 1932.)

Motions for reargument denied, with ten dollars costs and necessary printing disbursements. (See 259 N. Y. 405.)